# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RUSH UNIVERSITY MEDICAL CENTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUTUAL MEDICAL PLANS, INC., and )<br>DOES 1 THROUGH 25, INCLUSIVE, )<br>)<br>Defendants. ) | Case No. _____ |

## NOTICE OF REMOVAL

Defendant, MUTUAL MEDICAL PLANS, INC., an Illinois corporation, ("Mutual Medical"), by its attorneys, Elias, Meginnes & Seghetti, P.C. and Horwood Marcus & Berk Chartered, petitions pursuant to 28 U.S.C. §1441(c) and §1446, and 29 U.S.C. §1132(a)(1)(B), to remove this civil action to this Court. In support hereof, Mutual Medical states as follows:

1. Mutual Medical has been named and served as a Defendant in a civil action now pending in the Circuit Court, Cook County, Illinois, Case No. 2021L005513, entitled <u>Rush University Medical Center v. Mutual Medical Plans, Inc. and Does 1 through 25, Inclusive</u>.

2. Plaintiff RUSH UNIVERSITY MEDICAL CENTER ("Plaintiff") served the Summons, Notice of Filing, and Complaint on Mutual Medical on June 14, 2021. Those documents are the only Court filings which have been served upon Mutual Medical. Attached hereto as <u>Group Exhibit A</u> are all the documents filed with the Court as of the date of this Notice of Removal.

3. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is filed within thirty (30) days after Mutual Medical was served with the Summons, Notice of Filing, and

Complaint, which was the date on which Mutual Medical first learned of the pendency of a case which was or had become removable.

4. In the Complaint, Rush University Medical Center ("Plaintiff") alleges that it provided certain medical care to a patient ("Patient") with a value of $103,358.62, and seeks payments from Mutual Medical under an insurance plan covering Patient. The identity of Patient has been disclosed by counsel for Plaintiff in communications with counsel for Mutual Medical.

5. The relevant insurance plan covering Patient is the Plan A Health Care Plan (the "Plan"), sponsored by Community Living Options, Inc. See the Affidavit of Ron Jones (President of Mutual Medical), attached hereto as Exhibit B. A copy of the Plan is attached hereto as Exhibit C. Mutual Medical has been, at all relevant times, the claims administrator of the Plan. See Plan (Ex. C), pg. 2.

6. The Plan is governed by the provisions of the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1, *et seq*. ("ERISA"). The Complaint in this case falls squarely within the civil enforcement provisions of ERISA, in that it seeks payment or compensation on account of or arising out of benefits allegedly due and owing from an ERISA governed benefit plan, and requires interpretation or construction of the ERISA Plan. See 29 U.S.C. §1132(a)(1)(B); see also, *e.g.*, **Cortez v. Michael Reese Health, Inc.**, 980 F.Supp. 277 (N.D. Ill. 1997).

7. This case is removable to this Court under the ERISA "complete preemption doctrine." See, *e.g.*, **Shannon v. Shannon**, 965 F.2d 542, 545-46 (7th Cir. 1991) (cert. denied); **Cortez**, *supra*; **Metropolitan Life Insurance Co. v. Taylor**, 481 U.S. 58, 107 S.Ct. 1542, 95 L.Ed.2d 55 (1987). As the Supreme Court held in **Metropolitan Life Insurance Co. v. Taylor**, "this suit, though it purports to raise only state law claims, is necessarily federal in character by

virtue of the clearly manifested intent of Congress. It, therefore, 'arise[s] under the . . . laws . . . of the United States,' 28 U. S. C. § 1331, and is removable to federal court by the defendants, 28 U. S. C. § 1441(b)." 481 U.S. at 67, 107 S.Ct. at 1548, 95 L.Ed.2d at 65.

8. Written notice of the filing of this Notice of Removal will be given promptly to Plaintiff and all other parties in the case, and, together with a copy of the Notice of Removal, will be filed with the Clerk of the Circuit Court, Cook County, Illinois, as provided by 28 U.S.C. §1446(d).

9. The consent of unknown Defendants DOES 1 THROUGH 25 is not necessary since they are unknown to Mutual Medical and not identified by Plaintiff. There is no indication in the Court's file that any Defendant other than Mutual Medical has been named or served in this case. See, *e.g.*, **Hess v. Great Atlantic & Pacific Tea Co.**, 520 F. Supp. 373, 375-76 (N.D. Ill. 1981) ("Nominal or formal parties, unknown defendants, and defendants fraudulently joined may be disregarded. *See* **P.P. Farmers' Elevator Co. v. Farmers' Mutual Ins. Co.**, 395 F.2d 546 (7th Cir. 1968). *See also* 1A Moore's Federal Practice, supra, at P 0.168(3. 2) at pp. 466-69."); **Carver V. Sears, Roebuck & Co.**, No. 86 C 7339, 1986 U.S. Dist. LEXIS 19586, at *2 (N.D. Ill. Oct. 1, 1986) (exception for defendant not yet served).

WHEREFORE, Mutual Medical Plans, Inc., an Illinois corporation, Defendant, respectfully requests that the above entitled action now pending in the Circuit Court, Cook County, Illinois, be removed to this Court.

Respectfully submitted,

MUTUAL MEDICAL PLANS, INC., an Illinois corporation, Defendant

By: /s/ Basileios Katris
      One of Its Attorneys

| | |
|---|---|
| David N. Schellenberg<br>Janaki Nair<br>**ELIAS, MEGINNES & SEGHETTI, P.C.**<br>416 Main Street, Suite 1400<br>Peoria, IL 61602-1611<br>Phone: (309) 637-6000<br>dschellenberg@emrslaw.com<br>jnair@emrslaw.com | Basileios Katris<br>Matthew R. Barrett<br>**HORWOOD MARCUS & BERK CHARTERED**<br>500 W. Madison, Suite 3700<br>Chicago, IL 60661<br>Phone: (312) 606-3200<br>bkatris@hmblaw.com<br>mbarrett@hmblaw.com |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a true and correct copy of the foregoing NOTICE OF REMOVAL to be filed electronically in the United States District Court for the Northern District of Illinois on July 12, 2021. Notice of Filing and a copy of the foregoing Notice of Removal will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system and by enclosing a true copy of same in an envelope addressed to the attorneys of record listed below, with first class postage fully prepaid, and depositing each of said envelopes in the United States Mail at 5:00 p.m. on said date.

David F. Mastan
Marcus R. Morrow
Aanchal V. Sanghvi
LAW OFFICES OF STEPHENSON, ACQUISTO & COLEMAN, INC.
20 N. Clark Street, Suite 3300
Chicago, Illinois 60602
dmastan@sacfirm.com
mmorrow@sacfirm.com
asanghvi@sacfirm.com

    /s/  Basileios Katris

David N. Schellenberg
Janaki Nair
**ELIAS, MEGINNES & SEGHETTI, P.C.**
416 Main Street, Suite 1400
Peoria, IL 61602-1611
Phone: (309) 637-6000
dschellenberg@emrslaw.com
jnair@emrslaw.com

Basileios Katris
Matthew R. Barrett
**HORWOOD MARCUS & BERK CHARTERED**
500 W. Madison, Suite 3700
Chicago, IL 60661
Phone: (312) 606-3200
bkatris@hmblaw.com
mbarrett@hmblaw.com

521-40

5925970/1/20838.000